STATE OF OHIO      )
                         ) SS:
CUYAHOGA COUNTY)

### AFFIDAVIT OF ELIZABETH PETITT

I, Elizabeth Petitt, first having been duly sworn, do freely depose and say:

1) I am a resident of Fairview Park, Ohio and the mother of Aaron Petitt.

2) My son Aaron is a junior at Fairview High School.

3) On September 11, 2001, my daughter, who worked near the street from the World Trade Center, sustained injuries from the destruction of the twin towers.

4) I have a son who serves as a firefighter in Ohio.

5) The events of September 11, 2001 touched the very heart of my family, including my youngest son, Aaron.

6) Aaron told me that on October 3, 2001 Mr. Haughtaling, the assistant principal of Fairview High School, removed three patriotic postings from Aaron's locker that had hung continuously since at least September 13, 2001.

7) On October 4, 2001, Carey Willgren, the principal of Fairview High School, and James Haughtaling informed me that Aaron was being suspended for ten (10) days from school for posting and allegedly distributing patriotic and artistic signs regarding the incidents of September 11, 2001.

8) Prior to Mr. Willgren and Mr. Haughtaling notifying me of Aaron's suspension, I received a call from Mr. Haughtaling the morning of October 4, 2001 about the signs and informed him that Aaron's sister was injured from the World Trade Center collapse and that his brother was a firefighter in Ohio.


PLAINTIFF'S EXHIBIT B

9) Aaron told me that on October 4, 2001 Mr. Willgren met with him and threatened Aaron that he would be escorted from the school premises immediately and receive a harsher penalty if he "made a big deal" out of the administration's decision to discipline him or if he discussed his views or opinions on the matter with students or teachers.

10) Aaron told me that on October 4, 2001 Mr. Willgren also questioned him continuously about whether he had remorse for posting the signs and told Aaron "how would you like it if I dropped you off at East 92nd and see if you got out alive?"

11) During a meeting convened by Mr. Willgren at 6:00 p.m. on October 4, 2001, he advised me, my husband, and Aaron that he had the "full support of the Superintendent in his actions regarding Aaron."

12) On October 8, 2001, I attended a hearing presided over by Nylajean R. McDaniel, superintendent for the Fairview Park City School District.

13) At the October 8, 2001 hearing, which was tape-recorded, Ms. McDaniel indicated that Aaron had been suspended for posting and distributing inappropriate signs.

14) Ms. McDaniel had been informed at the October 8, 2001 hearing regarding the statement by Mr. Willgren described in Paragraph 10 herein.

15) Ms. McDaniel, Mr. Willgren, and Mr. Haughtaling never claimed that the signs resulted in a disruption to the school functioning or an actual injury to any Arab Americans attending Fairview High School.

FURTHER SAYETH NAUGHT

_____
ELIZABETH PETITT

Sworn to and subscribed in my presence this 9th day of October, 2001.

_____
NOTARY PUBLIC
Notary Public - State of Ohio
My commission has no expiration date
Section 147.03 R. C.