




Good morning AFGAN!



May God have mercy,
Because we will NOT



Non-stop Flights Soon
to be announced.



It's a Bird, it's Superman,
No! It's my 4 DREAMS are
made of... Dreams Do
Come true.



America Airlines delivering a Special message...