Case: 1:01-cv-02338-WHB Doc #: 1-4 Filed: 10/09/01 1 of 4. PageID #: 25

# FAIRVIEW HIGH SCHOOL
## 4507 W. 213TH STREET
## FAIRVIEW PARK, OHIO 44126
## (440) 356-3500
## FAX: (440) 356-3529

# STUDENT/PARENT HANDBOOK
## 2001/2002

Cary D. Willgren, Principal

James A. Houghtaling, Interim Associate Principal

Edward A. Eiskamp, Director of Student Activities

## To Report All Absences & Appointments Call ..(440) 356-3505
(24 Hours a Day)

This School Agenda Belongs To:

Name: _____

Address: _____

City/Town: _____

State: _____ Zip: _____

Phone: _____

Printed on recyclable paper


PLAINTIFF'S EXHIBIT D

portfolio, will result in the failure of the course. The student may appeal to the department chair, or designee, of the respective department. This decision is final.
5) All acts of cheating or plagiarism will be reported on the interim-progress report.
6) Cheating will be reported to the Associate Principal and the incident will be recorded on your discipline card and placed in your permanent file. There are times when further action by the administration may be required.

## CODE OF CONDUCT

Under Ohio law, the Board of Education has adopted the following Code of Conduct for Students:

Students of the Fairview Park Schools are expected to conduct themselves in a proper manner in school, on school property, at school-sponsored events, and while traveling to and from school. Students shall be subject to disciplinary action, including suspension or expulsion, for the following offenses:

1. **DISRUPTION OF SCHOOL:** A student shall not by use of violence, force, coercion, threat, verbal or non-verbal disturbance, cause material disruption of, or obstruct, any part of the school program.
2. **THEFT OR DAMAGE OF PROPERTY:** A student shall not willfully, or shall not attempt to steal, damage, deface, or write on public or private property. In addition to disciplinary action, restitution will be required.
3. **INTIMIDATING, THREATENING, DEGRADING, OR DISGRACEFUL ACTS:** A student shall not engage in any act which intimidates, threatens, degrades, disgraces, or tends to intimidate, threaten, degrade, or disgrace school personnel, fellow students, visitors, or members of the school board by written, verbal, or gestural means. This includes any form of "hazing". Hazing is defined as doing any act or coercing another, including the victim, to do any act of initiation to any student or other organization that causes or creates a substantial risk of causing mental or physical harm to any person.
4. **DANGEROUS WEAPONS AND INSTRUMENTS:** A student shall not possess, handle, transfer, or conceal any object which could cause injury to others. Examples of such objects are guns, fireworks, knives, clubs, and chains.
5. **NARCOTICS, LOOK-A-LIKE DRUGS, ALCOHOLIC BEVERAGES, DRUGS (INCLUDING MARIJUANA AND DRUG PARAPHERNALIA) OR OTHER INTOXICANTS:** A student shall not possess, use, transmit, sell, offer to sell,

25

conceal, consume, or be under the influence of any of the above or any substance purported to be any of the above.

A student who is present and is aware of the violation of this rule by another student is obligated to report the violation immediately to a member of the faculty or staff. Failure to so report is a violation of this rule.

Whenever a sixteen-year-old or older student is suspended or expelled for possession, use, transmitting, concealing or being under the influence of alcohol or drugs, the Superintendent shall notify the registrar of motor vehicles and the judge of juvenile court. Such notification is to be given within two (2) weeks of suspension or expulsion in a manner that complies with provisions of statute. In accordance with Ohio law, a student whose driving privileges have been denied can file a petition with the judge of juvenile court.

6. **TOBACCO PRODUCTS:** On school property or in all areas adjacent to the school grounds, a student may not smoke a pipe, or have in hand or mouth, a pipe containing lit or unlit tobacco, or have in the hand or mouth or be in possession of or exhibit any lighted or unlighted tobacco product. This includes, but is not limited to lockers, bookbags, purses, clothing, etc.
7. **INSUBORDINATION:** A student shall comply with specific directions of all school personnel.
8. **SETTING A FIRE OR SETTING OFF A FALSE ALARM:** No student shall set a fire, or set off a false fire alarm.
9. **UNSPORTSMANLIKE BEHAVIOR AT ATHLETIC EVENTS:** No student shall act in a manner which could incite others or cause a disruption of an event.
10. **ILLEGAL ENTRANCE:** No student will gain or attempt to gain entrance for self or others to school activities without paying admission, or enter another's desk or locker, or use another's property without authorized permission.
11. **DISRESPECTFUL BEHAVIOR OR LANGUAGE:** A student shall not exhibit obscene gestures or use obscene or disrespectful language at any time.
12. **UNACCEPTABLE BEHAVIOR TOWARD SCHOOL PERSONNEL:** A student shall not harass, vandalize, physically abuse or be disruptive in any way towards school personnel during non-school time, at school, or away from school.
13. **DANGEROUS ACTIVITIES:** No student shall be involved in pushing, running, or throwing objects or in behavior which may be detrimental to the safety or health of self or others.

14. **TRUANCY AND TARDINESS:** Students shall not be truant from or tardy to classes, study halls, assemblies, or any required school activities.
15. **ACTS OF DISHONESTY:** No student shall be involved in lying, cheating, forgery, or similar acts of dishonesty.
16. **TRESPASSING:** There will be no unauthorized presence on school property, or unauthorized use of school facilities or equipment by students.
17. **IRRESPONSIBLE VEHICULAR OPERATION:** No student shall violate parking lot regulations or be involved in such actions as reckless driving, creating disturbance with horn or motor, parking in another's place, or parking in a restricted area.
18. **LOITERING:** No student shall loiter in school buildings, on school grounds, or on adjacent properties including the County Library area.
19. **UNAUTHORIZED SALE OR DISTRIBUTION:** The act of selling or distributing or attempting to sell or distribute any object or substance which has not been authorized for sale or distribution by the building principal to any person or property owned by the Board of Education is prohibited.
20. **STUDENT APPEARANCE:** No student shall dress in a manner that is deemed unsafe, unhealthy, unkept, or is destructive to floors or furnishing, or is likely to cause disruption of the educational process. No student may carry items or wear apparel advertising activities considered illegal to young people which are related to drug, alcohol, and tobacco use, promiscuity and/or sexual implication. Likewise, any garment which displays any obscene word or symbol, racial slurs, ethnic or sexist attitudes is inappropriate.
21. **VIOLATION OF SCHOOL RULES:** Failure to comply with school rules listed in this Code of Conduct of Students may be cause for suspension or expulsion.

**DRESS CODE:** The responsibility for student dress and grooming rests primarily with the students and their parents. It is the school's responsibility to maintain and enforce a dress code that is both _safe_ and _presents a positive image to the school and community_. Based on the premise that academic performance and behavior are directly related to the manner in which students dress, the following dress code has been established for students attending school or any school function.

### THE FAIRVIEW HIGH SCHOOL DRESS CODE
1. Clothing and hair will be neat and clean, not constitute a threat to