JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Aaron Petit
Elizabeth Petit
19656 Henry Road
Fairview Park, OH 44126

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Cuyahoga
(EXCEPT IN U.S. PLAINTIFF CASES)

### DEFENDANTS
Fairview Park City School Dist.
Nylajean R. McDaniel
Cary Wagoner
James Haviland

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Cuyahoga
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.
20770 Lorain
Fairview Park, OH

### (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Avery Friedman
Ken Myers
Savali Moore
701 City Club Blvd
Cleve, OH 44114

### ATTORNEYS (IF KNOWN)

# 1:01CV2338
## JUDGE
## MAG. JUDGE BAUGHMAN

### II. BASIS OF JURISDICTION
- [x] 3 Federal Question (U.S. Government Not a Party)

### IV. NATURE OF SUIT
- [x] 440 Other Civil Rights

### V. ORIGIN
- [x] 1 Original Proceeding

### VI. CAUSE OF ACTION
1st Amendment

### VII. REQUESTED IN COMPLAINT:
JURY DEMAND: [x] YES

DATE 10/4/01

SIGNATURE OF ATTORNEY OF RECORD

628879

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

I.     Civil Categories: (Place an X in <u>one category only</u>).

      1. ( ✓ )    General Civil
      2. ( )     Administrative Review/Social Security
      3. ( )     Habeas Corpus Death Penalty

*If under Title 28, §2255, name the SENTENCING JUDGE:_____

CASE NUMBER:_____

II.    **RELATED OR REFILED CASES.** See LR 3.1 which provides in pertinent part: "If an action is filed or removed to this Court and assigned to a District Judge after which it is discontinued, dismissed or remanded to a State court, and subsequently refiled, it shall be assigned to the same Judge who received the initial case assignment without regard for the place of holding court in which the case was refiled. Counsel or a party without counsel shall be responsible for bringing such cases to the attention of the Court by responding to the questions included on the Civil Cover Sheet."

This action is ( ) RELATED to another PENDING civil case. This action is ( ) REFILED pursuant to LR 3.1.

If applicable, please indicate on the CIVIL COVER SHEET (form JS-44) in section VIII, the name of the Judge and case number.

III.    In accordance with Local Civil Rule 3.8, actions involving counties in the Eastern Division shall be filed at any of the divisional offices therein. Actions involving counties in the Western Division shall be filed at the Toledo office. For the purpose of determining the proper division, and for statistical reasons, the following information is requested.

ANSWER ONE PARAGRAPH ONLY. ANSWER PARAGRAPHS 1 THRU 3 IN ORDER. UPON FINDING WHICH PARAGRAPH APPLIES TO YOUR CASE, ANSWER IT AND STOP.

(1)    <u>Resident defendant</u>. If the defendant resides in a county within this district, please set forth the name of such county_____ CUYAHOGA _____ COUNTY.
<u>Corporation</u> For the purpose of answering the above, a corporation is deemed to be a resident of that county in which it has its principal place of business in that district.

(2)    <u>Non-Resident defendant</u>. If no defendant is a resident of a county in this district, please set forth the county wherein the cause of action arose or the event complained of occurred.
_____ COUNTY.

(3)    <u>Other Cases</u>. If no defendant is a resident of this district, or if the defendant is a corporation not having a principal place of business within the district, and the cause of action arose or the event complained of occurred outside this district, please set forth the county of the plaintiff's residence.
_____ COUNTY.

IV.    The Counties in the Northern District of Ohio are divided into divisions as shown below. After the county is determined in Section III, please check the appropriate division.

**EASTERN DIVISION -**

( ) AKRON            (Counties: Carroll, Holmes, Portage, Stark, Summit, Tuscarawas and Wayne)
( ✓ ) CLEVELAND     (Counties: Ashland, Ashtabula, Crawford, Cuyahoga, Geauga, Lake, Lorain, Medina and Richland)
( ) YOUNGSTOWN   (Counties: Columbiana, Mahoning and Trumbull)

**WESTERN DIVISION**

( ) TOLEDO          (Counties: Allen, Auglaize, Defiance, Erie, Fulton, Hancock, Hardin, Henry, Huron, Lucas, Marion, Mercer, Ottawa, Paulding, Putnam, Sandusky, Seneca, VanWert, Williams, Wood and Wyandot)

revised April 1997