# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| AARON PETTIT, *et al.,* ) | Case No. 1:01 CV 2338 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| -vs- ) | **PLAINTIFFS' MOTION TO** |
| ) | **DISMISS PURSUANT TO** |
| FAIRVIEW PARK SCHOOL DIST. ) | **CONSENT DECREE** |
| BOARD OF EDUCATION, *et al.* ) | |
| ) | |

Pursuant to Section I of the Consent Order entered on November 29, 2001, plaintiffs hereby move to dismiss the Complaint with prejudice against all defendants with the parties to bear their own respective costs.

                                       /s/Avery S. Friedman
                                       AVERY S. FRIEDMAN (006103)
                                       Friedman & Associates
                                       The City Club Building
                                       850 Euclid Avenue, Suite 701
                                       Cleveland, Ohio 44114
                                       (216) 621-9282
                                       (216) 621-9283 (facsimile)
                                       averyfriedman@hotmail.com